**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-2231

---

LESLIE A. MEYERS,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, District Judge. (CA-99-2083-WMN)

---

Submitted: January 23, 2001      Decided: February 7, 2001

---

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Donald D. Hecht, Leslie L. Gladstone, P.A., Baltimore, Maryland, for Appellant. Lynne A. Battaglia, United States Attorney, Ariana Wright Arnold, Assistant United States Attorney, Charlotte J. Hardnett, Acting General Counsel, John M. Sacchetti, Associate General Counsel, Office of Program Litigation, Ejike H. Obineche, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leslie A. Meyers appeals the district court's order affirming the Commissioner's decision denying Meyers' application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's order adopting the recommendation of the magistrate judge and find no reversible error. We find that the Administrative Law Judge ("ALJ") properly evaluated Meyers' allegations of pain, gave due consideration to Meyers' treating physician's opinion, and asked a proper hypothetical that set out Meyers' circumstances and limitations as found by the ALJ. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2